1  KARL S. HALL
   Reno City Attorney
2  MARK A. HUGHS
   Deputy City Attorney
3  Nevada State Bar #5375
4  Post Office Box 1900
   Reno, NV 89505
5  (775) 334-2050
   Email: hughsm@reno.gov
6

7  *Attorneys for Officers Byron Cragg and Ryan Connelly*

8
                    UNITED STATES DISTRICT COURT
9                        DISTRICT OF NEVADA

10 JERAMIE CARLSSON,                        Case No.: 3:14-CV-0091-MMD-VPC
11
              Plaintiff,
12     vs.

13
   BYRON CRAGG, RYAN CONNELLY, K.G.
14 GALLOP, J. JOHNSON, and S.D. TRACY,

15            Defendants.

16 _____/

17              **STIPULATION FOR DISMISSAL WITH PREJUDICE**
18
19       Plaintiff Jeramie Carlsson, representing himself, and Defendants Byron Cragg, Ryan
20 Connelly, K.G. Gallop, J. Johnson, and S.D. Tracy, by and through their respective undersigned
21 counsel, stipulate to the dismissal of all claims in this action, with prejudice.  Each party shall
22 //
23 //
24 //
25 //
26 //
27 //
28

bear its own attorney's fees and costs.

DATED this __21st__ day of ~~August,~~ *September* 2016.   DATED this __21__ day of ~~August,~~ *September* 2016.

CHESTER H. ADAMS  
Sparks City Attorney

KARL S. HALL  
Reno City Attorney

By: /s/ Douglas Thornley  
    DOUGLAS R. THORNLEY, ESQ.  
    Nevada Bar No. 10455  
    ALYSON McCORMICK, ESQ.  
    Nevada State Bar #13187  
    431 Prater Way  
    Sparks, Nevada 89432  
    *Attorneys for City of Sparks,*  
    *K.G. Gallop, J. Johnson, and*  
    *S.D. Tracy*

By: _____  
    MARK A. HUGHS, ESQ.  
    Nevada State Bar #5375  
    Post Office Box 1900  
    Reno, Nevada 89505  
    *Attorneys for City of Reno*  
    *Byron Cragg, and Ryan Connelly*

DATED this __16TH__ day of ~~August,~~ *September* 2016.

By: _____  
    Jeramie Carlsson  
    Inmate No: 87009  
    Ely State Prison  
    P.O. Box 1989  
    Ely, NV 89301  
    *Plaintiff Pro Se*

IT IS SO ORDERED.

Dated: September 21, 2016

_____  
U.S. District Judge

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I certify that I am an employee of the RENO CITY ATTORNEY'S OFFICE, and that on this date, I am serving the foregoing document(s) on the party(s) set forth below by:

__X__   Placing an original or true copy thereof in a sealed envelope placed for collection and mailing in the United States Mail, at Reno, Nevada, postage prepaid, following ordinary business practices.

_____   Personal delivery.

__X__   CM/ECF electronic service

_____   Facsimile (FAX).

_____   Federal Express or other overnight delivery.

_____   Reno/Carson Messenger Service.

addressed as follows:

Jeramie Carlsson
Inmate No: 87009
Ely State Prison
P.O. Box 1989
Ely, NV 89301

Douglas R. Thornley, Esq.
Alyson McCormick, Esq.
Sparks City Attorney
431 Prater Way
Sparks, NV 89432

Stanley Brown, Jr., Esq.
127 East Liberty Street
Reno, NV 89501

DATED this __21st__ day of September, 2016.

/s/ Katie Wellman
Katie Wellman
Legal Assistant

**Reno City Attorney**
**P.O. Box 1900**
**Reno, NV 89505**

-1-